# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TRAMMELL, individually and on behalf of those similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., a Delaware corporation,<br><br>          Defendant. | Case No.: 24-cv-00862-AJB-AHG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS**<br><br>**(Doc. No. 27)** |

  On June 20, 2025, the parties filed a joint motion to dismiss Plaintiff Mark Trammell's ("Plaintiff") individual claims with prejudice and to dismiss the class claims without prejudice. (Doc. No. 27.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and for good cause shown, the Court **GRANTS** the joint motion to dismiss and dismisses Plaintiff's individual claims with prejudice and the class claims without prejudice. The Clerk of Court is instructed to terminate all pending motions and deadlines and close the case.

  **IT IS SO ORDERED.**

Dated: June 23, 2025

                       Hon. Anthony J. Battaglia
                       United States District Judge